**Kevin Michael LEITE, Petitioner–Appellant,**

v.

**WARDEN FCI WILLIAMSBURG, Respondent–Appellee.**

**No. 16–6416**

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Kevin Michael Leite, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Michael Leite, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Leite v. Warden FCI Williamsburg, No. 0:15–cv–01780–BHH, 2016 WL 490044 (D.S.C. Feb. 9, 2016). We deny Leite's motion to vacate the district court order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED